IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
NORTHERN DIVISION

| | | |
|---|---|---|
| ISSAH "ISAIAH" SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. 4:15-cv-236-O |
| MANAGEMENT & TRAINING | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF ISAIAH SMITH'S MOTION FOR**
**DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE COURT:

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Isaiah Smith, by and through his undersigned attorney, files this Motion for Dismissal without Prejudice. Mr. Smith respectfully requests that his action against Defendant Management & Training Corporation and all claims against Management & Training Corporation contained in this matter, should be dismissed without prejudice. The parties stipulates that they shall be responsible for their own respective costs and attorneys' fees incurred as a result of this action.

Respectfully submitted,

/S/Trang Q. Tran
Trang Q. Tran
TRAN LAW FIRM, L.L.P.
Federal I.D. 20361
9801 Westheimer Rd, Suite 302
Houston, Texas 77042
Telephone: (713) 223-8855
Facsimile: (713) 623-6399
E-mail:ttran@tranlawllp.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with counsel for Defendant on October 28, 2015. Defendant does not oppose Plaintiff's Motion for Dismissal Without Prejudice.

/s/ Trang Q. Tran
Trang Q. Tran

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on October 29, 2015, by the means below on the persons identified below.

**VIA FAX AND ELECTRONIC MAIL**

Edwin Sullivan
OBERTI SULLIVAN LLP
723 Main Street, Suite 340
Houston, TX 77002
(713) 401-3555 – Telephone
(713) 401-3547 – Facsimile
ed@osattorneys.com – Email

**ATTORNEYS FOR DEFENDANT**